IN THE UNITED STATES DISTRICT COURT
                  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NANETTE G. LOVE,                )
                                )
          Plaintiff,            )
                                )
     v.                         ) CIVIL NO. 1:03CV00746
                                )
JOHN E. POTTER, POSTMASTER      )
GENERAL, UNITED STATES POSTAL   )
SERVICE,                        )
                                )
          Defendant.            )

                         ORDER and JUDGMENT

BULLOCK, District Judge

   For the reasons set forth in a memorandum opinion filed contemporaneously herewith,

   IT IS ORDERED AND ADJUDGED that Defendant's motion for summary judgment [Doc. #32] is **GRANTED**, and this action is hereby **DISMISSED** with prejudice. Defendant's motion to strike [Doc. #36] is **DENIED** as moot.

                                        /s/ Frank W. Bullock, Jr.
                                        United States District Judge

March 1, 2006